**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 8 WAL 2017
                                              :
                  Respondent        :
                                              :   Petition for Allowance of Appeal from
                                              :   the Order of the Superior Court
                    v.                 :
                                              :
                                            :
VERNON DONATE DUNCAN,          :
                                            :
                  Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.